NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES G. JOHNSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3130

---

Petition for review of the Merit Systems Protection Board in case no. DE0353100501-I-1.

---

**ON MOTION**

---

PER CURIAM.

**ORDER**

The court treats Charles G. Johnson's correspondence, received on September 22, 2011, as a motion for leave to file a supplement to his informal reply brief.

It does not appear that the supplemental material is discussed in Johnson's briefs. Thus, we determine that it

is not appropriate to treat it as a supplement to his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

Johnson's motion is denied.

FOR THE COURT

OCT 14 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles G. Johnson
     Jeffrey A. Gauger, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 14 2011

JAN HORBALY
CLERK